U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 9 2017

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACOB GAUTRO | CIVIL ACTION NO. 1:15-CV-02013 |
| VERSUS | JUDGE TRIMBLE |
| CAROLYN W. COLVIN | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Gautro's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of January, 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE